# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152237-9(100)(101)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHRISTOPHER LEE JOHNSON,
      Defendant-Appellant.
_____/

SC: 152237-9
COA: 316314; 316983; 320014
Wayne CC: 12-010789-FC;
      12-010595-FC; 13-001600-FC

On order of the Chief Justice, the motions of defendant-appellant for leave to file an application in excess of the page limit restriction and to file a pro per supplemental application are GRANTED. The 62-page application and the pro per supplemental application submitted on August 31, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015

